1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  GUILLERMO TRUJILLO CRUZ,                    Case No. 19-cv-07649-HSG
8              Plaintiff,                     **ORDER GRANTING EXTENSION OF TIME**
9        v.
                                              Re: Dkt. No. 9
10 D. FORD,
11             Defendant.

Good cause being shown, plaintiff's request for an extension of time to file his response to the Court's January 16, 2020 Order to Show Cause is GRANTED. Dkt. No. 9. Plaintiff shall file his response to the Order to Show Cause by March 20, 2020.

This order terminates Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: 2/19/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge