UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br>       Plaintiff,<br>  v.<br>D. FORD,<br>       Defendant. | Case No. 19-cv-07649-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment shall be entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/29/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge