UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br>          Plaintiff,<br>    v.<br>D. FORD,<br>          Defendant. | Case No. 19-cv-07649-HSG<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. No. 21 |

Plaintiff filed this *pro* se civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On March 9, 2020, the Court revoked plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g) because, prior to the date that he filed this action, plaintiff had at least three cases dismissed as "strikes" within the meaning of 28 U.S.C. § 1915(g). Dkt. No. 13. The Court ordered plaintiff to pay the filing and administrative fees in full if he wished to proceed with the action. Dkt. No. 13. On April 29, 2020, the Court dismissed this action for failure to pay the filing and administrative fees, and entered judgment in favor of defendants. Dkt. Nos. 15, 16. On May 18, 2020, plaintiff filed a notice of appeal with the Ninth Circuit Court of Appeals. Dkt. No. 17. Plaintiff has now filed a pleading titled "Ordering to Show Cause Regarding to In Forma Pauperis and Have Case Proceed Forward." Dkt. No. 21. Because this pleading requests that plaintiff be allowed to pay the appellate court filing fees in installments, the Court construes this pleading as a request to proceed *in forma pauperis* on appeal. Dkt. No. 21. Plaintiff's request to proceed *in forma pauperis* on appeal is DENIED. Dkt. No. 21. The Court finds that the appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

//

1       This order terminates Dkt. No. 21.

2       **IT IS SO ORDERED.**

3  Dated:  6/29/2020

                                  HAYWOOD S. GILLIAM, JR.
                                  United States District Judge