UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br>          Plaintiff,<br>      v.<br>D. FORD,<br>          Defendant. | Case No. 19-cv-07649-HSG<br><br>**ORDER DENYING REQUEST FOR RECONSIDERATION AS MOOT**<br><br>Re: Dkt. No. 24 |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On March 9, 2020, the Court revoked plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g), and ordered plaintiff to pay the filing fee in full if he wished to proceed with the action. Dkt. No. 13. On April 29, 2020, the Court dismissed this action for failure to pay the filing fee, and entered judgment in favor of defendants. Dkt. Nos. 15, 16. On May 18, 2020, plaintiff appealed the dismissal to the Ninth Circuit Court of Appeals. Dkt. No. 17. On June 29, 2020, the Court denied plaintiff's request for leave to proceed *in forma pauperis* on appeal. Dkt. No. 22.

Plaintiff has filed a pleading titled "Plaintiff's motion and motion responding to Court Order June 29, 2020," wherein he argues that the Court erred in denying him *in forma pauperis* status on appeal because he adequately alleged that he was in imminent danger of serious physical injury at the time he filed this action, and none of the parties, including himself, had consented to magistrate judge jurisdiction. Dkt. No. 24. The Court construes this motion as a request for reconsideration of the order denying plaintiff leave to proceed *in forma pauperis* on appeal and DENIES this motion as moot.[1] The Ninth Circuit has reviewed the notice of appeal pursuant to

---

[1] The June 29, 2020 order was issued by an Article III judge, not a magistrate judge.

the pre-filing review order entered in Ninth Circuit Case No. 19-80161, and, on July 23, 2020, dismissed the appeal as "so insubstantial so as to not warrant further review." Dkt. No. 23.

This order terminates Dkt. No. 24. This case remains closed.

**IT IS SO ORDERED.**

Dated: 7/29/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge